Paul Ross
PO Box 483
Paul, ID  83347
T: (208) 219-7997
#8676
F: (208) 416-6996
paul@idbankruptcylaw.com
Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| In Re: | |
|---|---|
| **DUSTIN JADE WELLS,** | Case No: 19-40478-JMM<br>Chapter 13 |
| Debtor. | |

APPELLEE'S DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD

Appellee and Debtor, Dustin Jade Wells, through the undersigned attorney, provides this designation of additional items to be included pursuant to Fed. R. Bankr. P. 8009(a)(2).

**1.** Trustee's Objection to Claim of Exemption.  Dkt. No. 33.

**2.** Creditor Box Canyon Dairy's Objection to Claims of Exemption.  Dkt. No. 57.

**3.** Transcript: Hearing on Motions.  Dkt. No. 155.

**4.** Motion to Enter Order.  Dkt. No. 171.

**5.** Notice of Non-Opposition Re: Debtor Dustin Jade Wells' Motion to Enter Order, Dkt. 171.  Dkt. No. 175.

**6.** Appellee's Statement of the Issues.  Dkt. No. 215.

DATED this 10 March 2020

       /s/ Paul Ross
       PAUL ROSS

## CERTIFICATE OF SERVICE

I hereby certify that on 10 March 2020, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

U.S. Trustee, ECF
Kathleen McCallister, ECF, Trustee
Nicole Cannon, ECF, attorney for Steven and Marilee Allison
David Claiborne, ECF, attorney for Box Canyon Dairy
Blair Clark, ECF, attorney for Box Canyon Dairy
Robin Long, ECF, attorney for Trustee
Benjamin Mann, ECF, attorney for JC Redrock
Brian Porter, ECF, attorney for JC Redrock
John Ritchie, ECF, attorney for Wilson-Bates
Christopher Slette, ECF, attorney for Deere & Co
Matthew Stoppello, ECF, attorney for Stephanie Wells
Matthew Stoppello, ECF, attorney for Richard and Marsha Wells
Jeffrey Wilson, ECF, attorney for Deere & Co

I further certify that on such date I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated:

Via First Class mail, posted prepaid addressed as follows:

NA

Via certified mail, return receipt requested, addressed as follows:

NA

                                                    /s/ Paul Ross
                                                    PAUL ROSS